# Order

Michigan Supreme Court
Lansing, Michigan

June 8, 2007

Clifford W. Taylor,
Chief Justice

133939

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JESSE JAMES LUCKING, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

HOLLY MARIE WALTERS,
   Respondent-Appellant,

and

JAMES MICHAEL LUCKING,
   Respondent.

_____/

SC: 133939
COA: 273705
Oakland CC
Family Division: 05-704707-NA

   On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007

_____
Clerk

s0605